# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*

November 2, 2026

The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880 (GBD)(SN); *Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885 (GBD)(SN); *William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888 (GBD)(SN); *David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904 (GBD)(SN); *Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11926 (GBD)(SN); *David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN); *Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964 (GBD)(SN); *Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970 (GBD)(SN); *Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12274 (GBD)(SN); *Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275 (GBD)(SN); *Jeannette Ramos, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08300 (GBD)(SN); *Gillian Gransaull-Joseph, et al. v. Kingdom of Saudi Arabia*, No. 1:26-cv-08307 (GBD)(SN); *Mahadai Dataram, et al. v. The Republic of the Sudan*, No. 1:26-cv-08336 (GBD)(SN); *Lawrence Gray, et al. v. The Republic of the Sudan*, No. 1:26-cv-08349 (GBD)(SN); *Susan Lori Magazine, et al. v. The Republic of the Sudan*, No. 1:26-cv-08339 (GBD)(SN); *Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of the Sudan*, 1:26-cv-08347 – Notices of Amendment

Dear Judge Netburn:

Undersigned counsel writes to inform the Court that after conducting a thorough post-filing quality control review, following our submission at the end of September 2026 of six (6) complaints and forty-seven (47) Notices of Amendment for 1,401 plaintiffs against the Kingdom of Saudi Arabia and eleven (11) complaints and eighty-eight (88) Notices of Amendment for 3,364 plaintiffs against the Republic of the Sudan, a motion to add parties against the Taliban, and a complaint against Dubai Islamic Bank, Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, and other defaulted defendants, we became aware of our inadvertent filing of thirteen (13) duplicate Notices of Amendment.

Specifically, duplicate Notices of Amendment were inadvertently filed against the Kingdom of Saudi Arabia and the Republic of the Sudan, and we write to respectfully request that the duplicative filings be disregarded[1] as follows: (1) the Notice of Amendment at ECF No. 153 in *Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275 (GBD)(SN) (duplicative of ECF No. 152); (2) the Notice of Amendment at ECF No. 150 in *Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880 (GBD)(SN) (duplicative of ECF No. 149); (3) the Notice of Amendment at ECF No. 154 in *Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885 (GBD)(SN) (duplicative of ECF No. 153); (4) the Notice of Amendment at ECF No. 154 in *William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888 (GBD)(SN) (duplicative of ECF No. 153); (5) the Notice of Amendment at ECF No. 150 in *David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904 (GBD)(SN) (duplicative of ECF No. 149); (6) the Notice of Amendment at ECF No. 149 in *Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11926 (GBD)(SN) (duplicative of ECF No. 148); (7) the Notice of Amendment at ECF No. 156 in *David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN) (duplicative of ECF No. 155); (8) the Notice of Amendment at ECF No. 148 in *Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12274 (GBD)(SN) (duplicative of ECF No. 147); (9) the Notice of Amendment at ECF No. 13 in *Mahadai Dataram, et al. v. The Republic of the Sudan*, No. 1:26-cv-08336 (GBD)(SN) (duplicative of ECF No. 6); (10) the Notices of Amendment at ECF Nos. 23, 24, and 25 in *Lawrence Gray, et al. v. The Republic of the Sudan*, No. 1:26-cv-08349 (GBD)(SN) (duplicative of ECF Nos. 6, 7, and 14); and (11) the Notice of Amendment at ECF No. 21 in *Susan Lori Magazine, et al. v. The Republic of the Sudan*, No. 1:26-cv-08339 (GBD)(SN) (duplicative of ECF No. 7).

Additionally, undersigned counsel requests that Court disregard only certain rows in the following Notices of Amendment belonging to Plaintiff Jamal Green: (1) row 8 in the Notice of Amendment at ECF No. 149 in *Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970 (GBD)(SN); and (2) row 21 in the Notice of Amendment at ECF No. 20 in *Terilyn Patrick Esse a/k/a Terilyn Patrick, et al. v. Republic of the Sudan*, 1:26-cv-08347.

We apologize for any inconvenience caused by these submissions, and we thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

cc: Honorable George B. Daniels (via ECF)
All Counsel of Record (via ECF)

[1] On October 23, 2026, the Court denied the Notice of Amendment at ECF No. 157 in *Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964 because the claims on that Notice of Amendment are listed in the Notice of Amendment at ECF No. 156. MDL ECF No. 12422.